Edna Bailey, Respondent, v. Clinton H. Seither, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Vivien Ellis Reilly, Respondent, v. Edward J. Reilly, Appellant.— Motion granted on payment of ten dollars costs of this motion and ten dollars costs awarded to respondent by the order of this court entered October 10, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Oskar Nardling, Respondent, v. Interborough Rapid Transit Company, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Klein-Messner Co., Inc., Respondent, v. The Fair Waist and Dress Co., Inc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Henry Brettheimer, Respondent, v. Edward Cohen, Inc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Lena Doshay and Another, Respondents, v. Job E. Hedges, as Receiver, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Abigail Hancock Bishop, Respondent, Appellant, v. James C. Bishop, Appellant, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of James O. Tryon, an Attorney.— Motion denied and stay vacated. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Nathan Greenberg, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Max Schwarz Textile Corporation, Appellant, v. Leo Gevertz and Others, Copartners, Trading under the Style of Gevertz Manufacturing Company, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Shipley-Hollins Co., Inc., Respondent, v. Philip Miller and Another, Copartners, Doing Business under the Firm Name and Style of Gold Brand Waist Co., Appellants.— Judgment modified by reducing the amount thereof as entered to the sum of $5,462.54, and as so modified affirmed, with costs to respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Cuban Commercial and Industrial Company, Respondent, v. The Richmond Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jeanne Carpenter and Another, Appellants, v. The Foundation Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within ten days from service of order upon payment of said costs and the costs awarded to the defendant by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.